*E-Filed 6/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMON JONES, | No. 5:08 CV 5218 RS |
| Petitioner, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action is settling. Accordingly, the Court vacates the case management conference set for June 17, 2009, along with all other pretrial and trial dates. The parties are required to file a stipulation of dismissal by **August 3, 2009**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 5, 2009, at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 6/15/09

_____
RICHARD SEEBORG
United States Magistrate Judge