|  |  |
|---|---|
| JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney<br>THOMAS MOORE (ASBN 4305 O78T)<br>Assistant United States Attorney<br>Chief, Tax Division<br>BLAKE D. STAMM (CTBN 301887)<br>Assistant United States Attorney<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7063<br>Fax:        (415) 436-6748<br>Attorneys for the United States of America | *E-Filed 7/31/09* |

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAYMON JONES,<br><br>    Petitioners,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO. C08-05218 RS<br><br>STIPULATION TO CONTINUE SHOW CAUSE HEARING AND ~~PROPOSED~~ ORDER |

1. The parties have reached agreement in this matter and are awaiting the processing of payment by the Internal Revenue Service. It is anticipated that payment will be forthcoming in approximately sixty days. Upon payment the parties would stipulate to an Order of Dismissal with Prejudice. .

2. The Court has set the following dates in this matter:

   a. August 3, 2009: File Stipulation of Dismissal;

   b. August 5, 2009: If no Stipulation of Dismissal has been filed, appear and show cause why dismissal is not warranted.

3. The parties jointly request a continuance of the date to file their Stipulation of Dismissal to October 19, 2009 and a Show Cause hearing if necessary to October 21, 2009 as reflected in the proposed order below.

///

1  ///

2  DATED: July 29, 2009                 The Law Offices of Jonathan M. Kaplan

4                                       By: /s/ Jonathan M. Kaplan
                                            Jonathan M. Kaplan
5                                           Attorney for Plaintiff, Raymon Jones

7  DATED: July 29, 2009                 JOSEPH P. RUSSONIELLO
8                                       United States Attorney

9                                       By: /s/ BLAKE D. STAMM
10                                          BLAKE D. STAMM
                                            Assistant United States Attorney

### ORDER

Good cause appearing, it is hereby ORDERED:

a. By October 19, 2009, the parties shall file a Stipulation of Dismissal;

b. On October 21, 2009, if no Stipulation of Dismissal has been timely filed, the parties shall appear and show cause why dismissal is not warranted.

DATED: 7/30/09

_____
THE HONORABLE RICHARD SEEBORG
United States Magistrate Court Judge