JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:   (415) 436-7063
  Fax:             (415) 436-6748

*E-Filed 10/19/09*

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RAYMON JONES,** | **Case No. C-08-05218-RS** |
| **Plaintiff,** | |
| v. | **STIPULATION TO DISMISS AND** ~~**PROPOSED**~~ **ORDER** |
| **UNITED STATES OF AMERICA** | |
| **Defendant.** | |

It is hereby stipulated by and between plaintiff Raymon Jones and defendant United States of America, through their undersigned counsel, that this matter be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

JOSEPH P. RUSSONIELLO
United States Attorney

/s                                                                   /s
JONATHAN M. KAPLAN                      BLAKE D. STAMM
Attorney for Plaintiff                            Assistant United States Attorney
Raymon Jones                                     Tax Division
                                                              Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/19/09

_____
THE HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE